**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | CASE NO. 13-05391 (MCF) |
| ANTONIO OTERO NAZARIO | CHAPTER 13 |
| Debtor | |

**OPINION AND ORDER**

In weighing the various responses to the order to show cause, the court was on the verge of entering an order in this case. Docket Nos. 134, 141, 144, 146 & 147. On December 21, 2020, the United States Court of Appeals for the First Circuit issued an opinion on equitable mootness doctrine in the bankruptcy context, which we paused to analyze. In re Lopez-Munoz (United Surety & Indemnity Co. v. Lopez-Munoz) 983 F.3d 69 (1st Cir. 2020).  In the meantime, Debtor filed his informative motion stating a change in position and preferring to raise the issue of jurisdictional mootness, addressed by our order on Docket No. 134, before the appellate court.  As a trial court, this court cannot address the issue of equitable mootness. Consequently, we refrain from entering any orders until the issues of equitable mootness and jurisdictional mootness are resolved, provided that the Debtor submits his request for review to the appellate court.

IT IS SO ORDERED.

In San Juan Puerto Rico, this 21st day of January 2021.

_____
MILDRED CABAN FLORES
U.S. Bankruptcy Judge

1